IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-037-RLV-DCK

| TIMOTHY SHELL, | ) |
| :-- | :-- |
| Plaintiff, | ) |
| v. | ) ORDER |
| TYSON FOODS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Kirk J. Angel, concerning Lyndon Clay White on September 3, 2015. Mr. Lyndon Clay White seeks to appear as counsel *pro hac vice* for Plaintiff Timothy Shell. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Lyndon Clay White is hereby admitted *pro hac vice* to represent Plaintiff Timothy Shell.

**SO ORDERED**.

Signed: September 3, 2015

David C. Keesler
United States Magistrate Judge