# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| TIMOTHY SHELL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-CV-00037-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2016, Order.

                                                  Signed:  August 25, 2016

*[Signature]*

Frank G. Johns, Clerk
United States District Court